IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYWAN LEONARD JOHNSON,** | Case No. 2:17-cv-00958 AC P |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **JOHN SUTTON, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including December 20, 2017 to file a responsive pleading to Petitioner's petition for a writ of habeas corpus. Accordingly, IT IS HEREBY ORDERED that Respondent's request, ECF No. 22, is GRANTED.

DATED: November 27, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE